| | |
|---|---|
| 1 | HUMPHREY LAW GROUP |
| | RUSSELL S. HUMPHREY, SBN 208744 |
| 2 | 1420 S. Mills Ave., Suite H |
| | Lodi, CA  95242 |
| 3 | Telephone: (209) 625-8976 |
| | Facsimile:  (209) 625-8673 |
| 4 | Email: russell@humphreylawgroup.net |
| | Attorney for Plaintiff |
| 5 | Keith Hopson |

KEVIN KEVORKIAN
Attorney at Law
675 Hartz Avenue, Suite 104
Danville, CA  94526
Telephone:  925-838-0900
Facsimile:  925-831-1722
Email:  kbk@kevorkianlaw.net
Attorney for Jack in the Box, Neil Yadav
and Yadav, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOPSON, | Case No.   2:12-cv-02123-GEB-GGH |
| Plaintiff, | STIPULATION RE DEADLINE FOR DEFENDANTS TO FILE AND SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| v. | |
| JACK IN THE BOX, NEIL YADAV, YADAV, INC., | |
| Defendants. | |

The parties to the above captioned matter hereby stipulate by and through their undersigned counsel of record to extend the deadline for the defendants to file and serve a

1  responsive pleading to the Complaint to 21 days after initial response due date of September 11,
2  2012. Responsive pleading now due up to and including October 2, 2012.
3
4
5  Date: September 10, 2012
6                          /s/ Russell S. Humphrey
7                          By: Russell S. Humphrey
                        Attorney for Plaintiff,
8                          Keith Hopson
9
10
11  Date: September 10, 2012
12                          /s/ Kevin B. Kevorkian
13                          By: Kevin B. Kevorkian
                        Attorney for Defendants,
14                          Jack in the Box, Neil Yadav and
                        Yadav, Inc.
15
16
17
                                  **ORDER**
18
19      Given this stipulation, and the parties' request, as set forth herein, defendants have until
20  October 2, 2012 in which to file a response to plaintiff's complaint.
21  9/12/12
22                                  _____
                                GARLAND E. BURRELL, JR.
23                                  Senior United States District Judge
24
25
26
27
28