| | |
|---|---|
| 1 | HUMPHREY LAW GROUP |
| | RUSSELL S. HUMPHREY, SBN 208744 |
| 2 | 1420 S. Mills Ave., Suite H |
| | Lodi, CA  95242 |
| 3 | Telephone: (209) 625-8976 |
| | Facsimile:  (209) 625-8673 |
| 4 | Email: russell@humphreylawgroup.net |
| | Attorney for Plaintiff |
| 5 | Keith Hopson |

KEVIN KEVORKIAN
Attorney at Law
675 Hartz Avenue, Suite 104
Danville, CA  94526
Telephone:  925-838-0900
Facsimile:   925-831-1722
Email:  kbk@kevorkianlaw.net
Attorney for Jack in the Box, Neil Yadav and Yadav, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOPSON, | Case No.   2:12-cv-02123-GEB-GGH |
| Plaintiff, | STIPULATION RE DEADLINE FOR DEFENDANTS TO FILE AND SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| v. | |
| JACK IN THE BOX, NEIL YADAV, YADAV, INC., | |
| Defendants. | |

    The parties to the above captioned matter hereby stipulate by and through their undersigned counsel of record to extend the deadline for the defendants to file and serve a

1  responsive pleading to the Complaint to 21 days after initial response due date of September 11,
2  2012.  Responsive pleading now due up to and including October 2, 2012.

5  Date:  September 10, 2012

6  /s/ Russell S. Humphrey
7  By: Russell S. Humphrey
   Attorney for Plaintiff,
8  Keith Hopson

11 Date:  September 10, 2012

12 /s/ Kevin B. Kevorkian
   By: Kevin B. Kevorkian
13 Attorney for Defendants,
   Jack in the Box, Neil Yadav and
14 Yadav, Inc.

### ORDER

Given this stipulation, and the parties' request, as set forth herein, defendants have until October 2, 2012 in which to file a response to plaintiff's complaint.

9/12/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge